UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

**This Document Relates To:**

*David Phillips v. Boehringer Ingelheim Pharmaceuticals, Inc.*     No. 14-cv-50552-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 11, 2014 (Doc. 8), and the Order entered on December 12, 2014 (Doc. 9), the above-captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                          JUSTINE FLANAGAN,
                                          ACTING CLERK OF COURT

                                          BY:   /s/*Cheryl A. Ritter*
                                              Deputy Clerk

**Dated:**  December 15, 2014

Digitally signed by David R. Herndon
Date: 2014.12.15 11:15:01 -06'00'

**APPROVED:**
      U.S. DISTRICT JUDGE
      U. S. DISTRICT COURT